UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **J.P. a minor child and all others** : | |
| **Similarly situated, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| : | Case No. 2:04-CV- 692 |
| : | |
| : | JUDGE ALGENON L. MARBLEY |
| : | |
| **BOB TAFT, et al.,** : | |
| : | |
| **Defendants.** : | |

**ORDER SETTING TIME FOR RESPONSE TO THIRD
MONITOR'S REPORT**

Vincent M. Nathan, the court-appointed monitor in this cause, has filed his *Third Report of the Monitor on the Legal Assistance Program*. (Doc. No. 248)  The parties shall have until September 18, 2009 to file responses or objections to that report.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Algenon L. Marbley
　　　　　　　　　　　　　　　　　　　　　　ALGENON L. MARBLEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

**Dated:  August 25, 2009**