UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS
CASE NO. 2:04-CV-692
Judge Marbley

J. P.,  and all others similarly situated,
c/o Children's Law Center, Inc.
104 East 7th Street
Covington, Kentucky   41011, et al.                    PLAINTIFFS

VS.

BOB TAFT,
Governor, State of Ohio,
In his official capacity only,
77 South High Street, 30th Floor
Columbus, Ohio   43215,  et al.                        DEFENDANTS


## PLAINTIFFS' RESPONSE TO THE MONITOR'S THIRD REPORT

Come now the Plaintiffs, by and through counsel, and submit this response to the Monitor's Third Report, Docket No. 244.  Plaintiffs have no objection to the Report and respectfully request that the Court adopt it.  The Report does raise, however, an issue that Plaintiffs will discuss with the Defendants, but Plaintiffs have no objection to the Report.

Respectfully submitted this 17th day of September, 2009:

/s/ Jennifer Kinsley_____
Jennifer M. Kinsley(Ohio Bar No. 0071629)
Sirkin Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202
Telephone: (513) 721-4876

Stephen L. Pevar
American Civil Liberties Union Foundation
32 Grand Street
Hartford, Connecticut 06106
Telephone: (860) 293-1559

Kim Brooks Tandy (Ohio Bar No. 0076173)
Children's Law Center, Inc.
104 East Seventh Street
Covington, Kentucky 41011
Telephone: (859) 431-3313

Counsel for Plaintiffs

### **CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic notification system to all counsel of record on the 17th day of September, 2009.

   /s/ Jennifer M. Kinsley_____
JENNIFER M. KINSLEY (Ohio Bar No. 0071629)