UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

J.P. a minor child and all others : 
similarly situated, et al., :
 :
    Plaintiffs, :
 :
 : Case No. 2:04-CV- 692
 :
 : JUDGE ALGENON L. MARBLEY
 :
BOB TAFT, et al., :
 :
    Defendants. :

## ORDER

The Court Monitor in this cause has filed his <u>Submission of Revised Grievance Policy</u> (Doc. No. 255) Attached to his submission is an exhibit setting forth the language of the revised version of the Department of Youth Services Policy 304.03. That revised policy provides "an efficient and effective, one-step mechanism for the resolution of complaints by youth, thus simplifying adherence to the administrative exhaustion requirement of the Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e(a)." <u>Submission</u> at 1. The monitor has requested that the Court approve the revised policy.

Based on the monitor's submission, which reflects agreement of the parties to the terms of the revised policy, the Court hereby approves the policy as revised.

    SO ORDERED.

                                                 Algenon L. Marbley
                                                 United States District Court

Date: Jan. 29, 2010